# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

LEELAND BARNHART,

            Petitioner

          v.

SUPERINTENDANT [SIC] WINGARD
(S.C.I. SOMERSET): PENNSYLVANIA
BOARD OF PROBATION AND PAROLE:
COMMONWEALTH OF PENNSYLVANIA
(A.D.A. BRIANA VANATA),

            Respondents

:  No. 46 WM 2017
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are DISMISSED. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is improper). The Prothonotary is DIRECTED to forward the filings to counsel of record.